**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Lerone BRUNSON, Respondent**

**No. 586 EAL 2015**

Supreme Court of Pennsylvania.

May 16, 2017

### ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**